USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/20

Lisa K. Nguyen
Direct Dial: +1 (650) 470-4848
lisa.nguyen@lw.com

140 Scott Drive
Menlo Park, California  94025
Tel: +1.650.328.4600  Fax: +1.650.463.2600
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

# LATHAM & WATKINS LLP

March 26, 2020

SO ORDERED   3/31/20

*[signature]*

Alison J. Nathan, U.S.D.J.

> Plaintiff's request is granted.  The initial pretrial conference is adjourned *sine die*.  Within one week of service on both Defendants, the parties shall provide three proposed dates for the initial pretrial conference.  Plaintiff shall update the Court every 30 days regarding the status of service of process until such service is complete.
> SO ORDERED.

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, NY 10007

Re:   *ShelterZoom Corp. v. Mitja (Dmitry) Goroshevsky and Ekaterina Pantaz*, No. 1:19-cv-10162 (AJN), Adjournment Request

Dear Judge Nathan:

We represent Plaintiff ShelterZoom Corp. in the above-referenced action.  On February 21, 2020, the Court rescheduled the initial pre-trial conference to April 23, 2020 (D.I. 22).  Due to the complexity of service of process in Latvia and the Russian Federation and the current COVID-19 pandemic, it is unlikely that either of the two foreign defendants will have been served by this date.  Accordingly, the undersigned respectfully requests that the Court adjourn the conference until service has been complete, at which time counsel will submit three mutually agreeable alternate conference dates in accordance with Rule 1.D. of Your Honor's Individual Practices in Civil Case.

There have been no prior requests for such an adjournment. We appreciate Your Honor's consideration of this request.

**LATHAM&WATKINS**LLP

Respectfully submitted,

Dated: March 26, 2020          LATHAM & WATKINS LLP

    /s/ Lisa K. Nguyen
Lisa K. Nguyen (*pro hac vice*)

Clement J. Naples
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
clement.naples@lw.com

Lisa K. Nguyen
(*pro hac vice*)
140 Scott Drive
Menlo Park, CA 95008
Tel: (650) 328-4600
lisa.nguyen@lw.com

Jennifer L. Barry
(*pro hac vice*)
Kamilah Alexander
(*pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130
jennifer.barry@lw.com
kamilah.alexander@lw.com

*Attorneys for Plaintiff
ShelterZoom Corporation*

cc:     All counsel of record (via ECF)