```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ShelterZoom Corp.,

           Plaintiff,

–v–

Mitja (Dmitry) Goroshevsky, *et al.*,

           Defendants.

19-cv-10162 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As of the date of this Order, the Court has not received the three proposed dates for the initial pretrial conference that the parties were directed to provide in Dkt. No. 24. Within one week of this Order, the parties are hereby ORDERED to propose three dates for the initial pretrial conference and a status update on the matter.

    As stated in Dkt. No. 19, counsel should submit their proposed case management plan and joint letter seven days prior to the scheduled conference. **In their joint letter, the parties should also indicate whether they can do without a conference altogether.** If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone, albeit perhaps at a different time than the currently scheduled time. Thus, the parties and members of the public will be able to access the proceeding by dialing (888) 363-4749 and entering access code 9196964#. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

    SO ORDERED.

Dated: December 11, 2020
       New York, New York

                                            ALISON J. NATHAN
                                            United States District Judge