Lisa K. Nguyen  
Direct Dial: +1.650.470.4848  
lisa.nguyen@lw.com

140 Scott Drive  
Menlo Park, California 95008  
Tel: +1.650.328.4600  Fax: +1650.463.2600  
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 12/23/20

December 18, 2020

**VIA ECF**

The Honorable Alison J. Nathan  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square, Courtroom 906  
New York, NY 10007

Re:   *ShelterZoom Corp. v. Mitja (Dmitry) Goroshevsky and Ekaterina Pantaz*, No. 1:19-cv-10162 (AJN), Status Update & Conference Date Proposal

Dear Judge Nathan:

We represent Plaintiff ShelterZoom Corp. in the above-referenced action. Together with defendants' counsel, we write in accordance with the Order entered December 11, 2020 (Dkt. No. 36) to propose the following three dates for the initial pretrial conference:

Tuesday, February 2; Friday, February 5; and Thursday, February 11

The parties are currently negotiating the terms of a potential resolution, which we anticipate will result in the termination of the case.  Scheduling the conference in February will preserve resources and allow the parties to focus on coming to a resolution prior to the conference date.

Thank you for your consideration of this matter.

Respectfully submitted,

Dated:  December 18, 2020

LATHAM & WATKINS LLP

/s/ Lisa K. Nguyen  
Lisa K. Nguyen (*pro hac vice*)

Clement J. Naples

An initial pretrial conference is hereby scheduled for February 5, 2021 at 3:00 p.m.  The parties shall submit the materials described in Dkt. No. 19 by no later than seven days before the conference.  
SO ORDERED.



12/23/20

SO ORDERED.  
ALISON J. NATHAN, U.S.D.J.

**LATHAM&WATKINS**LLP

885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
clement.naples@lw.com

Lisa K. Nguyen
(*pro hac vice*)
140 Scott Drive
Menlo Park, CA 95008
Tel: (650) 328-4600
lisa.nguyen@lw.com

Jennifer L. Barry
(*pro hac vice*)
Kamilah Alexander
(*pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130
jennifer.barry@lw.com
kamilah.alexander@lw.com

*Attorneys for Plaintiff*
*ShelterZoom Corporation*

cc:     Mr. Dimitry Joffe, Esq. (via CM/ECF)